UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH ANGELERI, INC.,

        Plaintiff,

v.                      Case No. 8:09-cv-1703-T-33EAJ

UNITED STATES OF AMERICA,

        Defendant.
_____/

## ORDER

This matter is before the Court pursuant to the parties'
Joint Motion for Continuance for Filing of the Rule 26(f)
Conference Report (the "Motion" Doc. # 7), filed on December
1, 2009. For the reasons that follow, the Motion will be
denied.

On August 20, 2009, Plaintiff initiated this action
against the Government "for refund of taxes . . . erroneously
and illegally assessed against and partially collected from
[Plaintiff]." (Doc. # 1 at ¶ 3). The Government filed a
Motion to Dismiss the complaint on October 16, 2009. (Doc. #
5). Plaintiff filed a response in opposition to the Motion to
Dismiss on November 6, 2009. (Doc. # 6).

In the Motion, the parties essentially seek a stay of the
case until the Court enters its ruling on the pending Motion
to Dismiss. The parties submit that they "wish to discuss

discovery and disclosure dates <u>after</u> the Court has ruled on the Motion [to Dismiss]." (Doc. # 7 at 1)(emphasis added).

The Court "must take an active role in managing cases on [its] docket." <u>Chudasama v. Mazda Motor Corp.</u>, 123 F.3d 1353, 1366 (11th Cir. 1997). Although the Motion is designated as a "motion for continuance for filing of the Rule 26(f) conference report" it appears that the parties actually desire an indefinite stay of the case. If this Court were to grant the Motion, the parties would not be obligated to file a Case Management Report, which would mean that there would not be a Case Management and Scheduling Order issued by the Court. Thus, the case would not be on track for a speedy determination, as required by Rule 1 of the Federal Rules of Civil Procedure.

As stated in <u>Chudasama</u>, 123 F.3d at 1366, this Court enjoys broad discretion "in deciding how best to manage the cases before [it]" and, under the circumstances of this case, the Court determines that it is appropriate to deny the Motion.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED:**

The parties' Joint Motion for Continuance for Filing of

the Rule 26(f) Conference Report (Doc. # 7) is **DENIED**.

      **DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>2nd</u> day of December, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel of Record